**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DYER MEMORIAL CHAPEL, INC., an Oklahoma Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 16-cv-00018-GKF-PJC |
| LIBERTY MUTUAL INSURANCE COMPANY, a foreign insurance corporation and OHIO SECURITY INSURANCE COMPANY, a foreign insurance corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Dyer Memorial Chapel, Inc., by and through its counsel of record, Thomas E. Baker of the Baker Law Firm PLLC, and Defendants Liberty Mutual Insurance Company and Ohio Security Insurance Company, by and through their counsel of record, William W. O'Connor and Margo E. Shipley of Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

s/William W. O'Connor
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
**NEWTON, O'CONNOR, TURNER & KETCHUM, P.C.**
15 West 6th Street, Suite 2700
Tulsa, OK 74119-5423
(918) 587-0101 telephone
(918) 587 0102 facsimile
boconnor@newtonoconnor.com
mshipley@newtonoconnor.com

**ATTORNEYS FOR DEFENDANTS OHIO SECURITY INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY**

-and-

s/Thomas E. Baker*
Thomas E. Baker, OBA No. 11054
James C. Daniel, OBA No. 10631
THE BAKER LAW FIRM, PLLC
PO Box 1801
Owasso, OK 74055
(918) 274-1818 telephone
(918) 274-8383 facsimile
tbaker@tbakerlaw.com

**ATTORNEYS FOR PLAINTIFF**

*Signed by filing attorney with permission from Plaintiff's attorney.*

2